IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No. 05-3125 |
| FORTY-NINE THOUSAND ONE HUNDRED TWENTY-FOUR AND 00/100 DOLLARS IN U.S. CURRENCY, | ) |
| Defendant. | ) |

## OPINION

RICHARD MILLS, U.S. District Judge:

Pursuant to the consent of the parties, IT IS HEREBY ORDERED that the above-captioned matter be referred to United States Magistrate Judge Byron G. Cudmore for all further proceedings and the entry of judgment in accordance with Title 28 U.S.C. Section 636(c).

ENTER: January 26, 2006

FOR THE COURT:

s/Richard Mills
United States District Judge